THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR., <br><br> Plaintiffs, <br><br> v. <br><br> THE CORPORATIONOF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation sole, a/k/a the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association, <br><br> Defendants | NO. CV-06-00556 TSZ <br><br> JURY DEMAND |

COMES NOW Plaintiff Rob Rinde, and pursuant to FRCP 38, requests that the above-entitled action be tried before a jury consisting of twelve (12) persons, or the maximum number permissible in the Western District of Washington.

//

JURY DEMAND - 1 of 2
CV-06-00556 TSZ
[162329 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Dated this ____ day of April, 2006.

           GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

           By_____
              Michael T. Pfau, WSBA No. 24649
              mpfau@gth-law.com sreich@gth-law.com
              Steven T. Reich, WSBA No. 24708
              Attorneys for Plaintiff

JURY DEMAND - 2 of 2
CV-06-00556 TSZ
[162329 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575