UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association,<br><br>Defendant. | NO. 2:06-CV-00556TSZ<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT TO CLARIFY STATUS OF DEFENDANTS AND MOTION TO REMAND<br><br>**NOTED FOR: FRIDAY, MAY 26, 2006** |

This matter having come regularly before the undersigned Judge of the above-entitled Court on the Plaintiff's Motion to Amend Complaint to Clarify Status of Defendants and Motion to Remand; and the Court having been fully advised in these premises and having reviewed the documents filed in support of and in opposition to the motion, now, therefore,

ORDER GRANTING MTN TO AMEND/REMAND - 1 of 2
(2:06-CV-00556TSZ)
[163802 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint to Clarify Status of Defendants and Motion to Remand is GRANTED.

DATED this _____ day of May, 2006.

_____
HONORABLE THOMAS S. ZILLY

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: /s/ Michelle Menely
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By:_____
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net.
Co-Counsel for Plaintiff

ORDER GRANTING MTN TO AMEND/REMAND - 2 of 2
(2:06-CV-00556TSZ)
[163802 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575