THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROB RINDE f/k/a ROBERT LARRY LEROY
PITSOR, JR.,

                 Plaintiff,

     v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, aka the "MORMON CHURCH" THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, an unincorporated association,

                 Defendant.

NO.  C06-0556 TSZ

DECLARATION OF PAUL D.
RYTTING IN OPPOSITION TO
PLAINTIFF'S MOTION TO
AMEND AND TO REMAND

I, Paul D. Rytting, declare as follows:

1.     My name is Paul D. Rytting.  I am over the age of eighteen and I make these

statements based upon personal knowledge.

2.     I have been a member of the Church of Jesus Christ of Latter-Day Saints ("the

Church") all of my life.  I currently function as the Risk Manager for the Corporation of the

President of the Church of Jesus Christ of Latter-Day Saints ("COP") and am familiar with the

DECLARATION OF PAUL D. RYTTING IN OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND AND TO REMAND - 1
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

legal organization of COP and the Church.  I have worked in similar or related positions for

fifteen years.

3.      For over 75 years, COP has been incorporated as a corporation sole under Utah

law.  COP has its headquarters in Salt Lake City, Utah.  It hires and pays employees, holds

significant assets and carries out church business.

4.      The Church, in contrast, exists solely as an ecclesiastical organization.  In its

unincorporated form, the Church holds no assets or property.  It does no business in any state,

nor is it registered to do so.  The Church has no employees, and has no money from which to pay

salaries.  The Church has no asserts or property from which a judgment can be satisfied.

5.      The Church has more than 27,000 congregations.  There are 12.6 million

members worldwide, with 245,665 in the State of Washington as of December 31, 2005.

6.      The Church has no corporate identity and no articles of association, bylaws, or

rules governing its legal existence.  Instead, the Church is organized and governed by scripture,

by modern revelation, and by ecclesiastical doctrines and beliefs of its members.

7.      Under Church doctrine, the Church functions as the Kingdom of God on earth.

From time to time, the president or other "general authorities" of the Church provides spiritual

and doctrinal guidance to local Church leaders and to the general membership.  Local Church

leaders also perform functions similar to those performed by other religious organizations,

including blessings, baptisms, confirmations, ordinations, and the calling of members to serve in

volunteer

///

///

DECLARATION OF PAUL D. RYTTING IN OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND AND TO REMAND - 2
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

1

ecclesiastical positions.

2

3

I declare under penalty of perjury that the foregoing is true and correct.

4

5

SIGNED at Salt Lake City, Utah, this _____ day of May, 2006.

6

7

8

9

_____

10

PAUL D. RYTTING

11

12

13

897262/01

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34

35

36

37

38

39

40

41

42

43

44

45

DECLARATION OF PAUL D. RYTTING IN OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND AND TO REMAND - 3
No. C06-0556 TSZ

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Pfau
Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA  98101-4185
E-mail:  mpfau@gth-law.com
E-mail:  mmenely@gth-law.com
Co-Counsel for Plaintiff Rob Rinde

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
800 Bellevue Way N.E., #300
Bellevue, WA  98004
E-mail:  timkosnoff@comcast.net
Co-Counsel for Plaintiff Rob Rinde

_s/Jeffrey I. Tilden_
Jeffrey I. Tilden, WSBA #12219
Gordon Murray Tilden LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Telephone:  206-467-6477
Facsimile:  206-467-6292
E-mail:  jtilden@gmtlaw.com

DECLARATION OF PAUL D. RYTTING IN OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND AND TO REMAND - 4
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292