The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association, <br><br> Defendant. | NO. C06-0556 TSZ <br><br> STIPULATION AND ORDER |

Plaintiff's Motion to Amend Complaint to Clarify Status of Defendants and Motion to Remand is currently pending before the Court. The matter has been fully briefed and is noted for May 26, 2006. The parties are exploring a possible resolution of the issue before the Court and request that consideration of the motion be postponed until June 12, 2006.

STIPULATION AND ORDER - 1
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

DATED this __1st__ day of June, 2006.

**GORDON MURRAY TILDEN LLP**

By _/s/_____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Attorneys for Defendant

**GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP**

By _/s/_____
Michael T. Pfau, WSBA #24649
Attorneys for Plaintiff
_per email authorization_

**LAW OFFICES OF TIMOTHY D. KOSNOFF**

By _/s/_____
Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff
_per email auth._

## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
THE HONORABLE THOMAS S. ZILLY

Presented by:

**GORDON MURRAY TILDEN LLP**

By _/s/_____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Attorneys for Defendant

STIPULATION AND ORDER - 2
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Approved as to form:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By _____
  Michael T. Pfau, WSBA #24649
Attorneys for Plaintiff  *per email auth.*


LAW OFFICES OF TIMOTHY D. KOSNOFF

By _____
  Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff
*per email auth.*

STIPULATION AND ORDER - 3
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Pfau
Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
E-mail: mpfau@gth-law.com
E-mail: mmenely@gth-law.com
Co-Counsel for Plaintiff Rob Rinde

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University, Suite 2101
Seattle, WA 98101
E-mail: timkosnoff@comcast.net
Co-Counsel for Plaintiff Rob Rinde

/s/
Charles C. Gordon, WSBA #1773
Gordon Murray Tilden LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292
E-mail: cgordon@gmt.law

STIPULATION AND ORDER - 4
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292