RECEIVED

JUN 02 2006

GORDON, THOMAS, HONEYWELL
MALANCA, PETERSON & DAHEIM LLP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association,<br><br>Defendant. | NO. 2:06-CV-00556TSZ<br><br>ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANT THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS |

I, Jeffrey I. Tilden of GORDON MURRAY TILDEN, LLP attorneys for defendant CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS hereby accept service of the Summons and Complaint on behalf of said defendant, as though personal service on the defendant had occurred.

ACCEPTANCE OF SERVICE (COP) - 1 of 2
(2:06-CV-00556TSZ)
[164447 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1
2    DATED this 1st day of June, 2006.
3
         GORDON MURRAY TILDEN
4
         By _____
5           Jeffrey I. Tilden, WSBA No. 12219
            Attorneys for Defendant Corporation of the
6           President of the Church Of Jesus Christ of
            Latter-Day Saints
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ACCEPTANCE OF SERVICE (COP) - 2 of 2
(2:06-CV-00556TSZ)
[164447 v01.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575