The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association,<br><br>Defendant. | NO. C06-0556 TSZ<br><br>STIPULATION RE: EXTENDING DATES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT |

The parties, through their respective counsel of record, request the Court to enter the below-joined order extending the dates for filing Initial Disclosures and a Combined Joint Status Report from July 3, 2006, to August 7, 2006. The parties have conferred regarding this and believe the extension is consistent with counsel's schedules and other matters pending in this case.

STIPULATION RE: EXTENDING DATES FOR INITIAL
DISCLOSURES AND JOINT STATUS REPORT - 1
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 26th day of June, 2006.

**GORDON MURRAY TILDEN** LLP

By /s/ Charles C. Gordon
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Attorneys for Defendant

**GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP**

By /s/ Michael T. Pfau   By email authorization
Michael T. Pfau, WSBA #24649
Attorneys for Plaintiff

**LAW OFFICES OF TIMOTHY D. KOSNOFF**

By /s/ Timothy D. Kosnoff   By email authorization
Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff

### ORDER

Based upon the above stipulation and the Court being duly advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the date for serving Initial Disclosures and Combined Joint Status Report and Discovery Plan is hereby continued from July 3, 2006, to August 7, 2006.

DATED this _____ day of _____, 2006.

_____
The Honorable Thomas S. Zilly
United States District Court Judge

STIPULATION RE: EXTENDING DATES FOR INITIAL
DISCLOSURES AND JOINT STATUS REPORT - 2
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Presented by:

GORDON MURRAY TILDEN LLP

By _____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Attorneys for Defendant


GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By _____  By Bernard Goldwasser
Michael T. Pfau, WSBA #24649
Attorneys for Plaintiff


LAW OFFICES OF TIMOTHY D. KOSNOFF

By _____  By email authorization
Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff

STIPULATION RE: EXTENDING DATES FOR INITIAL
DISCLOSURES AND JOINT STATUS REPORT - 3
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June _26_, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Pfau
Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
E-mail: mpfau@gth-law.com
E-mail: mmenely@gth-law.com
Co-Counsel for Plaintiff Rob Rinde

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University, Suite 2101
Seattle, WA 98101
E-mail: timkosnoff@comcast.net
Co-Counsel for Plaintiff Rob Rinde

_____
Charles C. Gordon, WSBA #1773
Gordon Murray Tilden LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292
E-mail: cgordon@gmt.law

STIPULATION RE: EXTENDING DATES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT - 4
No. C06-0556 TSZ

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292