Rinde v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints                                         Doc. 17
Case 2:06-cv-00556-TSZ   Document 17   Filed 07/28/2006   Page 1 of 1

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101

July 28, 2006

Clerk, King County Superior Court
516 Third Ave., Rm E609
Seattle, WA 98104

RE:  Rob Rinde v. The Corporation of the President of the Church of Jesus Christ of Later-Day Saints, WAWD case no. C06-556Z
King County Superior Court case no. 06-2-09825-1SEA

Dear Clerk:

Please find enclosed the original case file, on cd-rom, along with a certified copy of Judge Thomas S. Zilly's Order remanding this case to state court. Also included is a certified copy of the docket sheet.

Please return the attached copy of this cover letter with the following information:

Superior Court Case No:     06-2-09825-1SEA

Assigned to Judge:          _____

Completed by Deputy Clerk:  _____

Sincerely,

Lisa Tardff, Deputy Clerk

Enclosures

cc: Court file, counsel

Dockets.Justia.com