**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN
CLERK

700 STEWART STREET
SEATTLE, WASHINGTON 98101

**RECEIVED**
KING COUNTY, WASHINGTON

AUG 0 7 2006

DEPARTMENT OF
JUDICIAL ADMINISTRATION

July 28, 2006



AUG 0 8 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Clerk, King County Superior Court
516 Third Ave., Rm E609
Seattle, WA 98104

RE:    Rob Rinde v. The Corporation of the President of the Church of Jesus Christ of Later-Day
Saints, WAWD case no. C06-556Z
King County Superior Court case no. 06-2-09825-1SEA

Dear Clerk:

Please find enclosed the original case file, on cd-rom, along with a certified copy of Judge Thomas
S. Zilly's Order remanding this case to state court. Also included is a certified copy of the docket
sheet.

Please return the attached copy of this cover letter with the following information:

Superior Court Case No:        06-2-09825-1SEA

Assigned to Judge:

Completed by Deputy Clerk:

Sincerely,

Lisa Tardiff

Lisa Tardiff, Deputy Clerk

Enclosures

cc: Court file, counsel

06-CV-00556-RCPT